VIJAY K. TOKE (CA Bar No. 215079)
(vijay@cobaltlaw.com)
COBALT LLP
918 Parker Street, Bldg. A21
Berkeley, CA 94710
Telephone: (510) 841-9800
Facsimile: (510) 295-2401

DAVID B. OWSLEY II (to be admitted *pro hac vice*)
(dowsley@stites.com)
STITES & HARBISON PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202-3352
Telephone: (502) 587-3400
Facsimile: (502) 587-6391

Attorneys for Plaintiffs
TECH 21 UK LIMITED and
TECH 21 LICENSING LIMITED

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TECH 21 UK LIMITED, a UK company and TECH 21 LICENSING LIMITED, a UK company,<br><br>Plaintiffs,<br><br>v.<br><br>RUBICON VENTURES LLC, a Massachusetts limited liability company,<br><br>Defendant. | Case No.: 3:16-cv-07147-JST<br><br>**CONSENT JUDGMENT** |

This civil action has come before the Court, upon the pleadings of record, and it has been represented to the Court that plaintiffs, Tech 21 UK Limited and Tech 21 Licensing Limited (together "Tech21"), and defendant, Rubicon Ventures ("Rubicon"), have agreed to a final resolution of this case on the terms and conditions set forth below:

/ / /

/ / /

WHEREFORE, with the consent of the parties, through their undersigned attorneys, and with the approval of this Court, the Parties submit the following consent judgment.

<u>Background</u>

1. Tech21 filed its Complaint, asserting claims for: (1) Trade Dress Infringement (15 U.S.C. § 1125(a)); (2) False Designation of Origin (15 U.S.C. §1125(a)); (3) Trade Dress Infringement (California common law); (4) Unfair Business Practices (Cal. Bus. & Prof. Code §17200); (5) Design Patent Infringement (35 U.S.C. §§ 271 & 289).

2. This Court has jurisdiction over the parties and the subject matter of this action.

3. Tech21 manufactures and sells a variety of protective cases and packaging to protect handheld mobile electronic devices.

4. Rubicon manufactures and sells a variety of protective cases and packaging to protect handheld mobile electronic devices.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

5. Rubicon, and its affiliates, subsidiaries, officers, directors, agents, successors and assigns, are hereby permanently restrained and enjoined from:

    (a) making, using, selling, offering for sale, and/or importing all units of the Phantom product referenced in paragraphs 26-27 of the Complaint; and

    (b) making, using, selling, offering for sale, and/or importing protective cases that practice the trade dress alleged in paragraphs 9-10 of the Complaint.

6. Rubicon represents and warrants that it ceased selling and marketing the Phantom product referenced in paragraphs 26-27 of the Complaint as of October 23, 2016.

7. The Court retains jurisdiction to enforce the terms of this Judgment. Nonetheless, Tech21 will not ask the Court to enforce this Consent Judgment or grant redress for any alleged breach thereof unless and until Rubicon fails to remedy such breach within seven business days after Tech21 e-mails a notice of breach to Rubicon (*rubiconcellular@gmail.com*) and its litigation counsel, Joel Leeman (*jleeman@sunsteinlaw.com*).

8. This Consent Judgment shall not be construed as an admission of liability notwithstanding the injunctive relief set forth above.

9. This Consent Judgment represents a final resolution of this action. The entire action shall be dismissed, and the clerk shall close the case.

**CONSENTS, THROUGH COUNSEL OF RECORD**

Dated: January 11, 2017

By: ___/s/  Vijay K. Toke_____

Vijay K. Toke
COBALT LLP

David B. Owsley II (to be admitted *pro hac vice*)
STITES & HARBISON PLLC

Attorneys for Plaintiffs
TECH 21 UK LIMITED and
TECH 21 LICENSING LIMITED

Dated: January 11, 2017

By: ___/s/  Bruce D. Sunstein_____

Bruce D. Sunstein
SUNSTEIN KANN MURPHY & TIMBERS LLP

Attorneys for Defendant
RUBICON VENTURES

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 12, 2017

Hon. Jon S. Tigar
United States District Court Judge